UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-094 |
| | § | B-03-196 |
| ISMAEL LOZANO, GERALD MANTHEY | § | |
| LUIS ERNESTO LONGORIA, CARLOS | § | |
| MASSO, KLAUS MEYER, ABRAHAM | § | |
| OCHOA, GEORGE RAMIREZ, PEDRO | § | |
| SANDOVAL, ERIC SOLIS, and DUAINE | § | |
| WOHLERS, | § | |
| | § | |
| Defendants. | § | |

*United States District Court, Southern District of Texas, FILED NOV 0 4 2003, Michael N. Milby, Clerk of Court*

*United States District Court, Southern District of Texas, ENTERED NOV 0 6 2003, Michael N. Milby, Clerk of Court, By Deputy Clerk*

## ORDER OF SEVERANCE

The Clerk shall sever from this case Defendants GERALD MANTHEY, KLAUS MEYER, GEORGE RAMIREZ, PEDRO SANDOVAL, DUAINE WOHLERS, and CARLOS MASSO. Each severed Defendant shall be assigned a new and distinct cause number. The Clerk shall then transfer the pleadings and entries pertaining to each of the above-mentioned Defendants to their respective, newly-created case files. Directv is hereby ORDERED to meet with the District Clerk's Office to ensure that certified copies of all necessary pleadings and entries are properly filed with their respective new causes of action.

IT IS SO ORDERED this 4th day of November, 2003.

Felix Recio
United States Magistrate Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____ Deputy Clerk