5

| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **SOUTHERN DISTRICT OF TEXAS** |

B-03-196

| | | |
|---|---|---|
| __DIRECTV, INC.__ | § | |
| VS | § | CIVIL ACTION NO.   **B-03-094** |
| __ISMAEL LOZANO ET AL__ | § | (Judge Tagle) 636(c) |

## SCHEDULING ORDER

United States District Court
Southern District of Texas
ENTERED

NOV 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

1.  Trial: Estimated time to try: __3__ days.    ☐ Bench  ☒ Jury

2.  New parties must be joined by:
    *Furnish a copy of this scheduling order to new parties*

3.  The plaintiff(s)' experts will be named with a report furnished by:    **12/01/03**
A
4.  The defendant(s)' experts must be named with a report furnished
    within 30 days of the deposition of the plaintiff(s)' expert.    **12/15/03**

5.  Discovery must be completed by:    **02/02/04**
    *Counsel may agree to continue discovery beyond the deadline, but there will be
    no intervention by the Court. No continuances will be granted because of
    information acquired in post-deadline discovery.*

*********************    The court will provide these dates.    *********************

6.  Dispositive Motions will be filed by:    **02/02/04**

7.  Joint pretrial order is due:    **02/17/04**
    *The plaintiff(s) is responsible for filing the pretrial order on time.*

8.  Docket call and final pretrial conference before Judge~~Tagle~~ Recio
    is set for ~~1:30~~ p.m. on:    **04/01/04**
    2:00
9.  The jury selection before Judge ~~Tagle~~ Recio is set for 9:00 a.m. on:    **04/05/04**

The case will remain on standby until tried.

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By

Signed _____ **OCTOBER 31, 2003** _____, at Brownsville, Texas.

Deputy Clerk

Felix Recio
United States Magistrate Judge