United States District Court
Southern District of Texas
ENTERED

MAY 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| vs | * | CIVIL ACTION NO. B03-196 |
| GERALD MANTHEY | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### Status Conference

May 25, 2004, at 2:00 p.m.

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:    U.S. Federal Building & Courthouse
          600 E. Harrison, 2nd Floor
          Brownsville, TX 78520

**BY ORDER OF THE COURT**

May 12, 2004

cc:    All Parties