United States District Court
Southern District of Texas
FILED

MAY 1 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| V. | § | No. CIV. B-03-196 |
| GERALD MANTHEY | § | |
| Defendant. | § | |

## MOTION TO DISMISS WITH PREJUDICE

DIRECTV has resolved all matters in this lawsuit against Defendant **GERALD MANTHEY**. Accordingly, DIRECTV requests that Plaintiff's claims against Defendant **GERALD MANTHEY** be dismissed in their entirety and *with prejudice*.

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *with prejudice* against **GERALD MANTHEY** and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By: /s/ Lecia Chaney
**Lecia L. Chaney**
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. No. 36611

P.O. Box 2155
1201 E. Van Buren
Brownsville, TX 78522
(956) 542-7441
(956) 541-2170 Fax

ATTORNEY IN CHARGE FOR PLAINTIFF,
DIRECTV, INC.

## CERTIFICATE OF CONFERENCE

I contacted Mr. Gerald Manthey and he is not opposed to being dismissed from this lawsuit with prejudice.

_____
Lecia L. Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

Gerald Manthey
2213 N. Whitehouse Circle
Harlingen, Tx 78550
Pro Se

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the ___19___ day of May, 2004.

_____
Lecia L. Chaney