United States District Court
Southern District of Texas
ENTERED

MAY 2 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| DIRECTV, Inc., | § |
|---|---|
| Plaintiff, | § |
| V. | § No. CIV. B-03-196 |
| GERALD MANTHEY | § |
| Defendant. | § |

## ORDER GRANTING
## MOTION TO DISMISS WITH PREJUDICE

CAME ON to be heard on this day DIRECTV's Motion to Dismiss with Prejudice, in which the Plaintiff advises the Court that it has resolved all matters in dispute in this lawsuit against **GERALD MANTHEY** and requested that Plaintiff's claims against Defendant **GERALD MANTHEY only** be dismissed in their entirety and *with prejudice*. The Court, having considered the plaintiff's motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's lawsuit against Defendant **GERALD MANTHEY** is hereby dismissed *with prejudice*; and, IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this 20 day of May, 2004 in Brownsville, Texas.

_____
JUDGE PRESIDING